Before STATE INDUSTRIAL BOARD, Respondent. HENRY H. FLEMING, Respondent, v. M. K. DUNN, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JAMES MCANANEY, Respondent, v. DAVID JACOBS CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. SARAH CASEY, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no legal evidence of dependency. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. C. HURLEY, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. HARRIET VELTHAUS, Respondent, v. V. LOEWER'S GAMBRINUS BREWERY COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MARY HUFNAGEL, Respondent, v. THIRD AVENUE RAILWAY SYSTEM, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN ALLENBY, Respondent, v. F. H. SINCLAIR, Doing Business as BROCKWAY MOTOR COMPANY, and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. SAUL ABRAHAMS, Respondent, v. CHARMANT SPECIALTY COMPANY and Another, Appellants.— Motion denied.

In the Matter of the Application of ELLIOT S. BENEDICT and Others for an Order of Certiorari Directed to GEORGE R. LUNN and Others, Commissioners of the Land Office of the State of New York.— Motion denied, with ten dollars costs.

ALEXANDER F. WALSH and Another, as Executors of MILES E. HODGES, Deceased, Appellants, v. MILO J. GRAY, Respondent.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent. MARIE ARDIZZONE, Respondent, v. BETHLEHEM STEEL COMPANY and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. EDWARD KELLY, Respondent, v. NORTH-EASTERN CONSTRUCTION COMPANY, Appellant.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. ARTHUR PFEIFFER, Respondent, v. NATHAN SCHWEITZER COMPANY and Another, Appellants.— Decision amended to read as follows: Award reversed, and matter remitted, with costs against the State Industrial Board, on the ground that Armour & Company and not Nathan Schweitzer Company was the employer of the claimant. All concur. [See *ante*, p. 738.]

Before STATE INDUSTRIAL BOARD, Respondent. SARA TANNENBAUM, Respondent, v. PERFECT TAILORING COMPANY and Another, Appellants.— Motion denied, with ten dollars costs to the claimant against the appellants.

Before STATE INDUSTRIAL BOARD, Respondent. CATHERINE WARNER, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. ETTA GIBBS, Respondent, v. R. H. MACY & Co., INC., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals granted.